UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
MARIA FIGUEROA and
MARTIN FIGUEROA,
       Debtors.                         Case No 19-

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

   a. For legal services rendered or to be rendered in contemplation of and in connection with this case………………..$250.00 per hour for attorney; Paralegal hourly rate at $100.00
   b. Prior to the filing of this statement, debtor(s) have paid…$1,000.00 (includes filing fee)
   c. The retainer has been paid in full. The full extent of the cost of services is unknown at this time and subject to court approval after filing any fee application.

3. $310.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a. Analysis of the Financial Situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b. Preparation and filing of the petition, schedules, statements of financial affairs and other documents required by the court.
   c. Representation of the debtor(s) at the meeting of creditors.

5. The source of payment made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and: None other

6. The source of payment to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and: None other

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following or the value stated, and: None

8. The undersigned has not shared or agreed to share with any other entity, other than the members of undersigned's law office, any compensation paid or to be paid except as follows: None

                                            <u>Electronically filed</u>
                                            R. "Trey" Arvizu, III
                                            Attorney for Debtor
                                            PO Box 1479
                                            Las Cruces, NM 88004-1479
                                            (575) 527-8600
                                            Fax: (575) 527-1199